# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| DARRICK P. JORDAN, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | Case No.: 08-cv-757-bbc |
| v. | |
| Sgt. LAVERNE PRICE (Correctional Officer, CVCTF), | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendant without prejudice.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin
_____                      _____5/27/09_____
by Deputy Clerk                                                                      Date