IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DARRICK JORDAN, #307484,

                                                    ORDER

            Plaintiff,

                                                    08-cv-210-bbc

    v.

TOBIAS TURON (DDS, CVCTF),
LISA YEAGER (Dental Services, CVCTF),
BECKY DRESSLER (Nursing Supervisor, CVCTF),
BARBARA DE LAP (Dental Services, Madison),
STEVEN SCHELLER (Dental Division, Portage),
SHARON ZUNKER (Title unknown, Madison),

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DARRICK P. JORDAN, #307484,

                                                    ORDER

            Plaintiff,

                                                  08-cv-757-bbc

    v.

Sgt. LAVERNE PRICE (Correctional Officer,
CVCTF), PAM WALLACE (Warden, CVCTF),

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      As directed in this court's orders of June 22, 2010 and June 24, 2010, plaintiff has

1

submitted a certified copy of his six-month trust fund account statement so that a determination may be made whether he is indigent for the purpose of proceeding on appeal in forma pauperis and if he is, what amounts must be assessed under the 1996 Prison Litigation Reform Act as initial partial payments of the fees for filing his appeals. (In the June 22 and June 24 orders, I found that plaintiff's appeals are not taken in bad faith and that plaintiff is not barred by the three strikes provision of 28 U.S.C. § 1915(g) from proceeding with his appeal in forma pauperis.)

From plaintiff's trust fund account statement, I conclude that he qualifies for indigent status. Further, I assess plaintiff an initial partial payment in each case in the amount of $7.84. Plaintiff should show a copy of this order to prison officials to make sure that they are aware they should send plaintiff's initial partial payments to this court.

ORDER

IT IS ORDERED that

1. Plaintiff Darrick Jordan's requests for leave to proceed in forma pauperis on appeal is GRANTED.

2. Plaintiff is assessed $7.84 as an initial payment of the $455 appeal filing fee in Case No. 08-cv-210-bbc. He is to submit a check or money order made payable to the clerk of court in the amount of $7.84 on or before July 28, 2010.

3  Plaintiff is assessed $7.84 as an initial payment of the $455 appeal filing fee in Case No. 08-cv-757-bbc. He is to submit a check or money order made payable to the clerk of court in the amount of $7.84 on or before July 28, 2010.

4.  If, by July 28, 2010, plaintiff fails to pay the initial partial payments or explain his failure to do so, then I will advise the court of appeals of his noncompliance in paying the assessments so that it may take whatever steps it deems appropriate with respect to his appeals.

5.  The clerk of court is requested to insure that the court's financial records reflect plaintiff's obligation to pay the $7.84 initial partial payments and the remainder of the $455 fee for each appeal in monthly installments according to 28 U.S.C. § 1915(b)(2).

Entered this 8th day of July, 2010.

            BY THE COURT:
            /s/
            BARBARA B. CRABB
            District Judge